MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 06-54 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE |
| v. | ) | AND EXCLUDE TIME |
| | ) | |
| DENNIS NORTON & | ) | |
| MARGIE NOVAK, | ) | "AS MODIFIED" |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The parties agree that the status conference set for April 3, 2006 at 9:30 a.m. be vacated and reset to Monday, April 17, 2006 at 9:30 a.m.

The parties further stipulate that time beginning April 3, 2006 and extending through April 17, 2006 should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   18 U.S.C. § 3161(h)(8)(B)(iv).

In particular, the time is required so that the government and defense may revise and review a proposed plea agreement.  The

1

parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATE: March 31, 2006          By:   /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney


DATE: March 31, 2006                /s/ Rachelle Barbour
                                    RACHELLE BARBOUR
                                    Attorney for Dennis Norton


DATE: March 31, 2006                /s/ Joseph Weisman
                                    JOSEPH WEISMAN
                                    Attorney for Margie Novak


     **IT IS SO ORDERED.**


DATED: March 31, 2006


                                    /s/ Frank C. Damrell Jr.
                                    HON. FRANK C. DAMRELL
                                    U.S. District Judge