UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | No. CR-S- 05-0356  FCD | |
| v. | | |
| KEITH CAIN, | **RELATED CASE ORDER** | |
| Defendant. | | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR-S- 06-0054 FCD |
| v. | |
| DENNIS NORTON, and MARGIE NOVAK, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR-S-06-0461 GEB |
| Plaintiff, | |
| v. | |
| VIRGINIA ROMERO & TERRY NELSON, | |
| Defendants. | |

1  Examination of the above-entitled actions reveals that they are related within the meaning
2  of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and
3  are based on the same or similar claims, the same property transaction or event, similar questions
4  of fact and the same questions of law, and would therefore entail a substantial duplication of
5  labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge
6  is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the
7  parties.

8  The parties should be aware that relating the cases under Local Rule 83-123 merely has
9  the result that these actions are assigned to the same judge; no consolidation of the actions is
10  effected.  Under the regular practice of this court, related cases are generally assigned to the
11  judge and magistrate judge to whom the first filed action was assigned.

12  IT IS THEREFORE ORDERED that the action denominated, CR S-06-0461 GEB is
13  reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set
14  in the reassigned case _only_ are hereby VACATED.  Henceforth, the caption on documents filed
15  in the reassigned case shall be shown as, CR S-06-0461 FCD.

16  A status conference is set for Monday, February 26, 2007 at 10:00 a.m. in Courtroom #2
17  before the Honorable Frank C. Damrell Jr.

18  IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
19  assignment of criminal cases to compensate for this reassignment.

20  IT IS SO ORDERED.
21  DATED: February 14, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE